# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSHUA D. BRODSKY, | ) | 3:14-cv-00641-RCJ-WGC |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | June 5, 2015 |
| WARDEN BACA, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is the motion for contempt (Doc. #29) filed by Plaintiff Brodsky and also the Request for Instructions (Doc. # 32) filed by Defendants Aja and Samsel with respect to Plaintiff's motion for contempt.

Plaintiff's motion was filed during the period of the 90-day stay entered by District Judge Jones on March 25, 2015 (Doc. # 23):  "No other pleadings or papers shall be filed in this case." (Doc. # 23 at 2.)  Therefore, Plaintiff's motion is considered a "fugitive" document; no response to Plaintiff's motion by Defendants is either required or appropriate.

Substantively, the court would note that Plaintiff's motion for contempt appears to be unrelated to the subject of Plaintiff's civil rights complaint and does not implicate the named defendants. In that regard, Plaintiff's motion states that "the State of Nevada has no intention of letting up the pressure, to get Plaintiff to back down." (Doc. # 29 at 2.)  The State of Nevada is not a party to this action and the court could not find a non-party in contempt in any event.  At best, Plaintiff's motion references an incident which is possibly the subject of a potential grievance which Plaintiff might pursue and if unresolved in the required "exhaustion" scheme, the subject of another possible civil rights action.

Plaintiff's motion (Doc. # 29) is **DENIED** and Defendants' request for instructions (Doc. # 32) is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
Deputy Clerk