# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA D. BRODSKY, | 3:14-cv-00641-RCJ-WGC |
| Plaintiffs, | **MINUTES OF THE COURT** |
| vs. | |
| | June 29, 2015 |
| WARDEN BACA, et al., | |
| Defendants. | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Court Imposed Sanucations (sic). (Doc. # 45.) Plaintiff seeks the court to enter sanctions against Deputy Attorney General Barraclough for deleting the name of Defendant Cruise in certain documents filed subsequent to the April 15, 2015 Notice of Limited Appearance for Purposes of Settlement (Doc. #25).

Plaintiff should be aware that the limited notice of appearance was simply for the purpose of, as stated in the title, settlement discussions. No appearance has been made by any defendant in this matter. Plaintiff's motion was filed approximately three hours prior to the court's Order granting Plaintiff IFP status, which order also served the complaint on the Office of the Attorney General. (Doc. # 46.) No appearances or acceptances of service of Plaintiff's complaint have been made in this matter.

The court finds Plaintiff's motion (Doc. # 45) is not only untimely, it is frivolous. There is simply no basis for the imposition of sanctions in this matter. Plaintiff's motion (Doc. # 45) is **DENIED.**

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk