# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSHUA D. BRODSKY, | ) | 3:14-cv-00641-RCJ-WGC |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | August 6, 2015 |
| WARDEN BACA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Discovery Deadline & Trial, also Intention for Trial by Jury." (Doc. # 85.) The record reflects the Defendants have not yet answered Plaintiff's Complaint. Defendants' answer or other responsive pleading is not due until August 24, 2015. (Doc. # 46 at 2-3.) A scheduling order which allows discovery to commence will issue after Defendants answer Plaintiff's Complaint. L.R. 16-1(b). Therefore, discovery (or a "motion for discovery") and the request for a trial to be set is premature.

Plaintiff's Motion (Doc. # 85) is therefore **DENIED without prejudice.** As stated above, a scheduling order will be issued if Defendants answer or if good cause otherwise appears that discovery should proceed herein. L.R. 16.1.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
         Deputy Clerk