# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA D. BRODSKY, | CASE NO.: 3:14-CV-00641-RCJ-WGC |
| Plaintiff, | |
| v. | **ORDER** |
| WARDEN BACA, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#76[1]) entered on July 29, 2015, recommending that the Court deny Plaintiff's Emergency Injunction for Safety (#57). On August 11, 2015, Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (ECF #90).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#76) entered on July 29, 2015, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Plaintiff's Emergency Injunction for Safety (#57) is DENIED.

IT IS SO ORDERED this 25TH day of August 2015.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.