## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSHUA D. BRODSKY, | ) | 3:14-cv-00641-RCJ-WGC |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 29, 2015 |
| WARDEN BACA, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>  KATIE LYNN OGDEN  </u>  REPORTER: <u> NONE APPEARING  </u>

COUNSEL FOR PLAINTIFF(S): <u> NONE APPEARING  </u>

COUNSEL FOR DEFENDANT(S): <u> NONE APPEARING  </u>

**MINUTE ORDER IN CHAMBERS:**

  Before the court is Plaintiff's "Motion to Seal Medical Records in Plaintiff's Opposition to Doc. # 117." (ECF No. 139.) Plaintiff's motion is premature because he has neither filed an opposition to the Defendants' motion nor has he submitted any medical records which he seeks to have sealed.

  This is the second time Plaintiff has sought an order sealing medical records in support of his opposition to the Defendants' motion for summary judgment.[1] As the court previously stated (ECF No. 127), Plaintiff must follow the procedures employed by Northern Nevada Correctional Center (NNCC) if he wishes to have certain records from his institutional medical chart copied and attached to his response to Defendants' motion for summary judgment. The court understands that Plaintiff must kite to request copies of his "marked" medical documents and pay for the copies, as appropriate. Those exhibits would then be appended by officials of NNCC to the opposition to the motion for summary judgment which Plaintiff has prepared. Therefore, if Plaintiff elects to attach confidential records to his opposition, he should also then submit a motion to seal the confidential records.

---

[1] Plaintiff's first motion (ECF No. 121) was denied without prejudice on September 17, 2015. ( ECF No. 127.)

**MINUTES OF THE COURT**
3:14-cv-00641-RCJ-WGC
Date:  September 29, 2015
Page 2

    Plaintiff is reminded that the deadline for him to submit his response to the Defendants' motion for summary judgment is October 16, 2015 and that no further extensions will be allowed. (ECF No. 138.)

    Plaintiff's motion to seal (ECF No. 139) is **DENIED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.**

                                                                 LANCE S. WILSON, CLERK

                                                       By:        /s/
                                                             Deputy Clerk