UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSHUA D. BRODSKY, | ) | 3:14-cv-00641-RCJ-WGC |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | October 7, 2015 |
| WARDEN BACA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion/Memorandum on Doc. # 148." (ECF No. 153.) The document Plaintiff refers to (#148) is Plaintiff's reply in support of his motion entitled "Non Compliance with Doc. # 124 & Contempt per 70(e) Motion," filed as ECF No. 129.

The court denied Plaintiff's "Non Compliance Motion" in ECF No. 144. Plaintiff's current motion (ECF No. 153) is **DENIED** as it presents no new issues warranting a reversal or reconsideration of the court's order. (ECF No. 144.)

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   <u>      /s/                              </u>
Deputy Clerk