UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSHUA D. BRODSKY, | ) | 3:14-cv-00641-RCJ-WGC |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | October 29, 2015 |
| WARDEN BACA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion to Move Sealed Docs Under Seal to New Motion." (ECF No. 165.)  Plaintiff is seeking the court to extract from ECF No. 150, Exhibits A-1 and A-4, which are described in ECF No. 150 as "Dentist Surgery Report 24 Nov. 14" and  "Progress Note 28 & 30 Nov 14 & 6 Dec. 14" and to file them under seal as exhibits to his Motion for Summary Judgment which he filed October 19, 2015 (ECF No. 163).

While the exhibits listed in ECF 150 do not bear any exhibit numbers, the court was able to locate the records which Plaintiff seeks at pages 3 and 4 of ECF No. 150.

Plaintiff's motion (ECF No. 165) is **GRANTED.**  The Clerk shall extract **copies** of pages 3 and 4 of ECF No. 150 and shall file them under seal as exhibits in support of Plaintiff's motion for summary judgment (ECF No. 163).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
Deputy Clerk