# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOSHUA D. BRODSKY,

    Plaintiff,

vs.

WARDEN BACA et al.,

    Defendants.

3:14-cv-00641-RCJ-WGC

**ORDER**

Plaintiff Joshua Brodsky is a prisoner in the custody of the Nevada Department of Corrections. He has sued several defendants in this Court under 42 U.S.C. § 1983. He alleges that between November 22 and 26, 2014, three corrections officers gratuitously assaulted him, that on November 22, and 26, 2014, two corrections officers sexually harassed him (verbally), and that corrections officers have made threats against him. The Court permitted the first claim to proceed, dismissed the second claim with prejudice, and dismissed the third claim with leave to amend. The Court denied Plaintiff's three motions for a preliminary injunction because Plaintiff did not indicate that any assaults were continuing.

On October 7, 2015, the Magistrate Judge entered a minute order denying Plaintiff's motion to consolidate or transfer another of Plaintiff's civil rights cases, No. 3:15-cv-486-RCJ-

VPC, because the claims in the present case and the '486 Case were not related and the latter case had not yet been screened under 28 U.S.C. § 1915A.  Plaintiff has objected to the order under Rule 72(a).  The Court denies the objection.  Plaintiff presents no argument explaining why the magistrate judge's order was clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a).

On October 7, 2015, the Magistrate Judge also entered a minute order denying Plaintiff's motion to compel Defendants to permit him to review his mental health records because Plaintiff failed to explain the relevancy of those records to his response to the pending motion for summary judgment.  Plaintiff has objected to the order under Rule 72(a).  Plaintiff's objection is unintelligible and therefore does not show that the Magistrate Judge's order was clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a).

## CONCLUSION

IT IS HEREBY ORDERED that the Objections (ECF Nos. 161, 162) are DENIED.

IT IS SO ORDERED.

Dated this 9th day of November, 2015.

_____
ROBERT C. JONES
United States District Judge