# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSHUA D. BRODSKY, | ) | 3:14-cv-00641-RCJ-WGC |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | November 10, 2015 |
| WARDEN BACA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>  REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Court's Instruction on Notice of E-File Filing [Doc. #168]." (ECF No. 178.)[1]  Plaintiff submitted a copy of the Notice of Electronic Filing (NEF) for #168 and asks the court to clarify what that document (#168) pertains to, i.e., "is it in response or reply" (ECF No. 178 at 2.)

When ECF No. 168[2] was filed, the court noted the NEF incorrectly linked this filing to *Plaintiff's* motion for summary judgment (ECF No. 163). That same day, the court corrected the docket of this case to reflect that the reply (# 168) is linked to *Defendants'* motion for summary judgment (ECF No. 117).

In accordance with Local Rule 7-2 (which contemplates the filing of a motion, a response and a reply) Defendants' motion (ECF No. 117) is fully briefed and has been submitted to the court. No further briefing is necessary or allowed.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By: _____/s/_____
Deputy Clerk

---

[1]  Refers to court's Electronic Case Filing number.

[2]  Defendants' Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment.