# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSHUA D. BRODSKY, | ) | 3:14-cv-00641-RCJ-WGC |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | November 16, 2015 |
| WARDEN BACA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court are Plaintiff's filings entitled for "Default on Doc. 145 Due Response Due 18 Oct 2015 with 3-Day Grace for E-file  21Oct15 by 17:00 PST" (ECF No. 166); "Default Ruling on Doc [162] Appeal on Magistrate Ruling per FRCP 55 on [Doc 135]" (ECF No. 173); and "Default Ruling Doc [161] on Appeal to Doc [154] Per FRCP 55" (ECF No. 184).

In each of these filings, Plaintiff requests a default ruling on his objections to the Magistrate's Orders.  However, on November 9, 2015, District Judge Robert C. Jones entered two orders denying Plaintiff's objections:  (ECF No. 181) denying Plaintiff's objection (ECF No. 145), and ECF No. 182, which denied Plaintiff's objections (ECF No. 162 and 161).

Plaintiff's filings (ECF Nos. 166, 183 and 184) insofar as they each seek a default ruling on Plaintiff's objections are **DENIED AS MOOT.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By:   /s/
Deputy Clerk