UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA D. BRODSKY, | 3:14-cv-00641-RCJ-WGC |
| Plaintiffs, | **MINUTES OF THE COURT** |
| vs. | |
| | November 16, 2015 |
| WARDEN BACA, et al., | |
| Defendants. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion to Have Witness to Appear Telephonical (sic) on 19 Nov 2015 Hearing." (ECF No. 191.) Plaintiff identifies four witnesses whom he wishes the court to order appear telephonically so they can provide "a few facts and or disproove (sic) some of the State statements in Doc [117]." (ECF No. 191 at 1, 3.) ECF No. 117, to which the witnesses would testify, is Defendants' motion for summary judgment.

The hearing on November 19, 2015 is not scheduled to discuss the Defendants' Motion for Summary Judgment. (ECF No. 188.)  Additionally, Defendants' motion for summary judgment (ECF No. 117, 8/26/15), Plaintiff's response thereto (ECF No. 149, 10/5/15), and Defendant's reply (ECF No. 169, 10/27/15) completes briefing on that motion. The Local Rules do not contemplate receipt of testimony on a motion for summary judgment unless the court permits oral argument. (Local Rules 7-5,  78-2.)  In that regard, the court does not foresee a need for oral argument or testimony on Defendants' motion for summary judgment, on which this court will prepare a Report and Recommendation. Therefore, Plaintiff's motion to have witnesses appear telephonically (ECF No. 191) is **DENIED**.

The court notes that its Minute Order in Chambers (ECF No. 188), which scheduled the November 19, 2015, hearing inadvertently included Plaintiff's Motion for Shortening Time Pursuant to the Rules (ECF No. 175).  That motion (ECF No. 175) requests a hearing before District Judge Robert C. Jones.  This court will not substantively address ECF No. 175 insofar as No.175 appears to be complaints to Judge Jones about this court's handling of various of Plaintiff's motions.

MINUTES OF THE COURT
3:14-cv-00641-RCJ-WGC
Date:  November 16, 2015
Page 2

  Instead, the court's hearing on November 19, 2015, which is scheduled before Magistrate Judge William G. Cobb, will address ECF No. 176, Plaintiff's Motion for Defense to be Compliant with Local Rule 10-2(d).  The court may also discuss, and the parties should be prepared to address, certain issues regarding the following ECF filings by Plaintiff:

No. 173: "Default Ruling on Doc. [149] Plaintiff Opposition to Doc [117]"
No. 177: "Response to Doc. # [168] & Motion for Hearing for it's Merit"
No. 180: "Motion to Strike Defense Motion [168] Due to Late Filing & a Hearing on this Matter"
No. 187: "Amended to Doc. # [149] Mental Health Records Under Seal Motion"
No. 186: "Plaintiff Notice Under Seal Submission of Confidential Exhibits in Doc [149] & (163)"

  **IT IS SO ORDERED.**

                LANCE S. WILSON, CLERK


            By: _____/s/_____
                Deputy Clerk