# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSHUA D. BRODSKY, | ) | 3:14-cv-00641-RCJ-WGC |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | November 19, 2015 |
| WARDEN BACA, et al., | ) | |
| Defendants. | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion to Put Under Seal Last Known Address of Witness for Possible Trial." (ECF No. 195.) Plaintiff identifies five witnesses he would like to call at the trial of this matter and seeks the court to order Defendants to submit the last known addresses under seal.

Plaintiff's motion is premature as no Joint Pretrial has yet been entered nor has a trial been scheduled. Plaintiff's motion (ECF No. 195) is therefore **DENIED.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  <u>     /s/                                </u>
Deputy Clerk