UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA D. BRODSKY, ) | 3:14-cv-00641-RCJ-WGC |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| vs. ) | December 3, 2015 |
| WARDEN BACA, et al., ) | |
| Defendants. ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion to Move Sealed From Doc. # 187 to Doc # 201." (ECF No. 202.) Plaintiff now requests that the exhibits he filed under seal (as ECF No. 197),[1] be moved to 201 which is his reply in support of his motion for summary judgment.

The court previously addressed Plaintiff's motion (ECF No. 187) at a motion hearing on November 19, 2015. The court explained it had difficulty perceiving the relevance of his mental health records with regard to his motion for summary judgment, but nonetheless granted Plaintiff's motion. (ECF No. 205.) Since the records were "linked" to Plaintiff's motion for summary judgment (ECF No. 163), there is no reason to now "move" them to Plaintiff's reply in support of his motion (ECF No. 201.)

Plaintiff's motion (ECF No. 202) is **DENIED.** The court reminds Plaintiff that briefing on the dispositive motions is complete. No further briefing or amendments are necessary nor will they be considered**.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
    Deputy Clerk

---

[1] Plaintiff previously filed his "Ammended to Doc. @ [149] & [163] Mental Health Records Under Seal." (ECF No. 187.) The records did not accompany that filing but were later submitted and filed under seal in ECF No. 197.