## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSHUA D. BRODSKY, | ) | 3:14-cv-00641-RCJ-WGC |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | January 4, 2016 |
| WARDEN BACA, et al., | ) | |
| Defendants. | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Court Instruction. (ECF No. 220.) Plaintiff appears to be asking this court for its opinion as to "who if anyone has authority over criminal behavior in NDOC an Entity in the State of Nevada." (*Id*., at 2.) Plaintiff is advised that neither the court nor the Court Clerk's office can give legal advice.

Plaintiff's motion (ECF No. 220) is **DENIED.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  <u>   /s/                              </u>
       Deputy Clerk