# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSHUA D. BRODSKY, | ) | 3:14-cv-00641-RCJ-WGC |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | January 4, 2016 |
| WARDEN BACA, et al., | ) | |
| Defendants. | ) | |

**PRESENT:** <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** <u>KATIE LYNN OGDEN</u>   **REPORTER:** <u>NONE APPEARING</u>

**COUNSEL FOR PLAINTIFF(S):** <u>NONE APPEARING</u>

**COUNSEL FOR DEFENDANT(S):** <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's [Second] Motion for Court Instruction. (ECF No. 221.) Plaintiff seeks clarification of the rules which govern proceedings concerning his case now pending in the United States District Court. Plaintiff is advised that insofar as procedural matters are concerned, the court follows the Federal Rules of Civil Procedure, the Local Rules of Practice of the District of Nevada and the inherent power of the court to govern its calendar.

Plaintiff's motion (ECF No. 221) is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: <u>       /s/                              </u>
Deputy Clerk